**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | Case No. 3:18-cr-59 |
| v. : | |
| : | Judge Thomas M. Rose |
| JOHNNIE LEE BONNER, III, : | |
| : | |
| Defendant. : | |

**ENTRY AND ORDER TO SHOW CAUSE**

On March 29, 2021, Johnnie Lee Bonner, III ("Bonner") filed a *pro se* Motion for Compassionate Release. (Doc. 46.) On March 30, 2021, the Court appointed Mr. Gary Wayne Crim to represent Bonner in this matter. (Doc. 47.) On March 31, 2021, the Court entered the following Notation Order:

> NOTATION ORDER: Based on the March 30, 2021, appointment of counsel for Defendant Johnnie Lee Bonner, III following the pro se filing of the motion for compassionate release (Doc 46), the Court clarifies that **counsel for the defendant shall file a Notice of Intent in accordance with Amended General Order 20-21 on or before April 6, 2021**. The parties shall thereafter follow the procedures set forth in Amended General Order 20-21 with the MODIFICATION that counsel for the defendant shall have 7 days from the filing of any response by the Government to the motion for compassionate release in order to file a reply to the Government's response (or to file a notice indicating that no reply will be filed) before the Court will consider the matter ripe for adjudication. Signed by Judge Thomas M. Rose on 3-31-2021.

(3/31/2021 Notation Order (emphasis added).) Amended General Order 20-21 states, in relevant part:

> The Clerk's Office shall promptly notify the Federal Public Defender of all pro se motions seeking compassionate release. These pro se filings will be reviewed by

1

the Federal Public Defender and timely addressed in the manner described above. Each pro se filing shall be held in abeyance for a period of 7 days to allow the Federal Public Defender (or CJA or retained counsel, as the case may be) to review the pro se filing.  **By no later than the end of that seven-day period, counsel for the defendant shall file a Notice of Intent (the 'Notice') with the Court advising the Court and government counsel whether counsel for the defendant anticipates filing a supplement to the defendant's pro se filing.**  …

(S.D. Ohio Amended Gen. Ord. 20-21 at p. 2 (emphasis added).)

Counsel for Bonner did not file a Notice of Intent on or before April 6, 2021 and has yet to file a Notice of Intent, and the Court has not been advised of an agreement between the parties on a proposed disposition of the defendant's *pro se* motion.  Accordingly, the Court **ORDERS** Bonner's counsel to **SHOW CAUSE**, on or before April 16, 2021, why a Notice of Intent has not been filed and, if appropriate, to file a motion seeking additional time to file a Notice of Intent.

**DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, April 13, 2021.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE